IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00245-MOC-WCM

| | |
|---|---|
| ALIX E. NARDONE and BROOKE E. STARK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| ERIC EDEE, | ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court *sua sponte* for case management purposes.

On September 1, 2023, Plaintiffs filed a Motion to Remand. Doc. 2. That motion remains pending.

On September 15, 2023, attorney Thomas R. Woodrow filed a notice of appearance on behalf of Defendant. Doc. 6. He also filed a Motion for Extension of Time to Respond to the Motion to Remand, and that request was allowed. Doc. 7.

On September 21, 2023, Mr. Woodrow filed a Motion to Withdraw as Counsel for Defendant. Doc. 8.

1

The Clerk is **RESPECTFULLY DIRECTED TO SCHEDULE A HEARING** on the Motion to Withdraw and the Motion to Remand, and to schedule a status conference in this matter.

Plaintiff's counsel, Mr. Woodrow, and Defendant are each **DIRECTED TO APPEAR** in person for those proceedings, which will be conducted at the United States Courthouse in Asheville, North Carolina.

The Clerk is **RESPECTFULLY DIRECTED TO TRANSMIT** a copy of this Order and the forthcoming notice of hearing to Defendant directly at the address provided by defense counsel in the Motion to Withdraw.

In addition, Mr. Woodrow is **DIRECTED** to take all reasonable steps to ensure that Defendant receives a copy of this Order and the forthcoming notice of hearing and is otherwise aware of his obligation to appear personally for those proceedings.

It is so ordered.

Signed: September 22, 2023

W. Carleton Metcalf
United States Magistrate Judge